AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

CHRISTINA JACKSON

**JUDGMENT IN A CIVIL CASE**

V.

PHILLIP MASON

Case Number: 08-5267

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, PHILLIP MASON, AND AGAINST THE PLAINTIFF, CHRISTINA JACKSON.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 0 9 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

10/9/2009 — Date

CHRISTOPHER R. JOHNSON
Clerk

(By) Deputy Clerk